SCWC-13-0001518

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

FRED E. WILLIAMS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001518; CR. NO. 13-1-0025)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on December 21, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 2, 2015.

William H. Jameson, Jr.          /s/ Mark E. Recktenwald
for petitioner

                                 /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson